AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam R. Telle
Assistant Secretary of the Army
108 Army Pentagon
Washington, DC 20310-0108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lieutenant General William H. Graham, Jr.
Commanding General of the U.S. Dept. of the Army
441 G Street NW
Washington, DC 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Larry D. McCallister
U.S. Army Corps of Engineers, South Atlantic Division
60 Forsyth St. SW, Rm. 10M15
Atlanta, GA 30303-8801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Howard Lutnick
U.S. Department of Commerce
1401 Constitution Ave. NW
Washington, DC 20230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

____________________
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eugenio Pineiro Soler
National Oceanic & Atmospheric Administration
1315 East-West Highway
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

V.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Strelcheck
NOAA Fisheries Southeast Region
263 13th Ave. South
St. Petersburg, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason A. Reding Quiñones, U.S. Attorney
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MIAMI WATERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, THE FLORIDA WILDLIFE FEDERATION, and THE DIVING EQUIPMENT AND MARKETING ASSOCIATION

*Plaintiff(s)*

v.

U.S. ARMY CORPS OF ENGINEERS; ADAM R. TELLE, in his official capacity as Assistant Secretary of the U.S. Department of the Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Department of the Army; DR. LARRY D. MCCALLISTER, in his official capacity as Director of Programs for the U.S. Army Corps of Engineers, South Atlantic Division; HOWARD LUTNICK, in his official capacity as the Secretary for the U.S. Department of Commerce; EUGENIO PIÑEIRO SOLER, Assistant Administrator of Fisheries for NOAA Fisheries; ANDREW STRELCHECK, in his official capacity as Southeast Regional Administrator for NOAA Fisheries; and NATIONAL MARINE FISHERIES SERVICE

*Defendant(s)*

Civil Action No. 26-cv-62141

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Todd Blanch, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danika Desai
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*