**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-62141-RS**

MIAMI WATERKEEPER, et al.,

                *Plaintiffs*,

     v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

                *Defendants*.

**DECLARATION OF DANIKA DESAI IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR PRELIMINARY INJUNCTION**

I, Danika Desai, declare under penalty of perjury as follows:

1. I am an attorney with Earthjustice, and I represent Plaintiffs Miami Waterkeeper, Florida Wildlife Federation, and Diving Equipment and Marketing Association in the above-captioned litigation. The facts and opinions set forth in this declaration are based on my personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of a printout of a webpage entitled National Oceanic and Atmospheric Administration, *Restoring Seven Iconic Reefs: A Mission to Recover the Coral Reefs of the Florida Keys* (last updated May 27, 2026), https://www.fisheries.noaa.gov/southeast/habitat-conservation/restoring-seven-iconic-reefs-mission-recover-coral-reefs-florida-keys.

3. Attached as **Exhibit 2** is a true and correct copy of a study entitled Derek Manzello et al., *Heat-driven functional extinction of Caribbean Acropora corals from Florida's Coral Reef*, 390 Science 361 (2025), https://doi.org/10.1126/science.adx7825.

4. Attached as **Exhibit 3** is a true and correct copy of a study entitled Ross Cunning et al., *Integrated Analysis of Coral Density and Community Structure Across Reef Habitats Near Port Everglades in Advance of Dredging Operations*, NMFS (2025),

1

https://coast.noaa.gov/coral_storage/library/NOAA/CRCP/NMFS/SERO/Projects/31329/Serrano 2025_PortEverglades_CoralDensity_CommunityStructure_Analysis.pdf.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the NMFS, *Endangered Species Act – Section 7 Consultation Biological Opinion* (2025) for the dredging and infrastructure for sand trap construction and beach renourishment in Broward County, Florida.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the NMFS, *Endangered Species Act – Section 7 Consultation Biological Opinion* (2020) for the proposed USACE issuance of a regulatory permit in Broward County, Florida.

7. Attached as **Exhibit 6** is a true and correct copy of a study entitled Thomas Dobbelaere et al., *Investigating the link between the Port of Miami dredging and the onset of the stony coral tissue loss disease epidemics*, 207 Marine Pollution Bulletin (2024), https://doi.org/10.1016/j.marpolbul.2024.116886.

8. Attached as **Exhibit 7** is a true and correct copy of a study entitled Michael S. Studivan et al., *Reef Sediments Can Act as a Stony Coral Tissue Loss Disease Vector*, 8 Frontiers in Marine Science (2022), https://doi.org/10.3389/fmars.2021.815698.

9. Attached as **Exhibit 8** is a true and correct copy of a printout of a webpage entitled *Port Everglades Sand Bypass*, Broward.org (Jun. 24, 2026), https://www.broward.org/Beaches/Pages/PortEvergladesSandBypass.aspx.

10. Attached as **Exhibit 9** is a true and correct copy of a letter from Andrew Strelcheck, Reg'l Admin., Se. Reg'l Office NMFS, to Colonel Brandon Bowman, U.S. Army Corps of Eng'rs, regarding sedimentation impacts caused by the Broward County Sand Bypass project dated April 17, 2026.

11. Attached as **Exhibit 10** is a true and correct copy of 17 satellite images captured by the SuperDove satellite instrument, superimposed by the Sand Bypass Project mixing zone boundary, which was created using a shapefile of the Project's boundaries provided by the Florida Department of Environmental Protection.

12. Attached as **Exhibit 11** is a true and correct copy of a Site Inspection Report by the Florida Department of Environmental Protection ("FDEP") for the Port Everglades Inlet Sand Bypassing Project dated May 12, 2026.

13.     Attached as **Exhibit 12** is a true and correct copy of a study entitled Ross Cunning et al., *Extensive coral mortality and critical habitat loss following dredging and their association with remotely-sensed sediment plumes*, 145 Marine Pollution Bulletin 185 (2019), https://doi.org/10.1016/j.marpolbul.2019.05.027.

14.     Attached as **Exhibit 13** is a true and correct copy of an analysis entitled U.S. Army Corps of Engineers, *Appendix I: Evaluation of Expected Sedimentation Exposure in the Offshore of Port Everglades as a Result of the Port Everglades*, Florida Project (Feb. 2022).

15.     Attached as **Exhibit 14** is a true and correct copy of the Department of the Army Permit issued to Broward County for the Port Everglades Sand Bypass Project, Permit No. SAJ-2008-02034 dated August 2020.

16.     Attached as **Exhibit 15** is a true and correct copy of the FDEP, *Minimization, Mitigation, and Monitoring Plan, Port Everglades Sand Bypassing Project*, FDEP Permit No. 0289308-004-JC, dated June 2026.

17.     Attached as **Exhibit 16** is a true and correct copy of a study entitled Rodriguez-Ruano et al., *Assessing the effects of sediment grain size on coral settlement and recruit survival across multiple Caribbean species*, FDEP, Internal Report (2025).

18.     Attached as **Exhibit 17** is a true and correct copy of a report entitled Victor Rodriguez-Ruano et al., *Understanding the effects of sediment on coral settlement and coral recruits*, FDEP, Internal Report (June 14, 2024).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 5th day of August, 2026.

Danika Desai

3